UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

E.O., an individual, by and through Guardian Ad Litem Patricia Rincon,

Plaintiff,

v.

CITY OF MERCED, *et al.*

Defendants.

No. 1:25-cv-1628-KES-EPG

ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT

(ECF No. 20)

On October 21, 2026, Defendants filed a Motion for Leave to File a Third-Party Complaint against the Merced City School District. (ECF No. 20). The motion indicates that the parties to the action have stipulated to allow Defendants to file a third-party complaint. (*Id.*).

Defendants provide the following background information regarding the intended third-party, Merced City School District ("MCSD")

> The City of Merced and the Merced City School District ("MCSD") entered into a Memorandum of Understanding for the school resource officer program at Tenaya Middle School. Under the operative contract between the City and Merced City School District, the contract provides that the MCSD must indemnify the City arising out of or in connection with the SRO's performance of work at Tenaya Middle School. The City plans to file a third-party complaint against the MCSD pursuant to the operative contract.

(*Id.* at 2).

In the motion, Defendants argue that leave should be granted to file a third-party complaint. Defendants argue that there is no prejudice to any party, as the parties stipulated to allow Defendants to file a third-party complaint. (*Id.*). Further, there is still ample time to conduct discovery after the MCSD is brought in as a new party, as discovery does not close until March

2027. (*Id.*). Finally, allowing leave would be in the interest of justice and would promote judicial efficiency, as it would go to the issue of whether the MCSD must indemnify the City. (*Id.*).

Upon consideration of the motion, and as the parties have stipulated as such, the Court shall grant Defendants request for leave to file a third-party complaint against the Merced City School District.

IT IS SO ORDERED.

Dated: **October 23, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE